UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHULLAH ALLAHYAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAMOM MOMAND,<br><br>　　　　Defendant. | Case No. 2:25-cv-01617-TLN-CSK PS<br><br><br>ORDER |

On August 18, 2025, the Court issued a minute order informing Plaintiff Rohullah Allahyar that the affidavit supporting his motion to proceed in forma pauperis ("IFP") was incomplete and did not contain all the information needed for the Court to determine whether the motion should be granted. (ECF No. 3.) Plaintiff was ordered to file a complete affidavit responding to all questions as outlined in the August 18, 2025 minute order, within twenty-one (21) days. Over twenty-one (21) days have passed, and Plaintiff has not filed the required affidavit. Out of an abundance of caution, Plaintiff is given a final opportunity to file a complete affidavit with the Court.

Accordingly, it is hereby ORDERED that:

1. Within fourteen (14) days of the date of this order, Plaintiff shall file a complete affidavit responding to all questions, including but not limited to the following information:

1

    a. The specific pay period of his wages (once a week, once a month, twice a month, etc.) in response to question 2;

    b. An answer to question 4; and

    c. The amounts owned on Plaintiff's debts or financial obligations and to whom they are payable in response to question 8.

  2. The Clerk of the Court is directed to provide Plaintiff with a blank copy of the Application to Proceed in District Court Without Prepaying Fees or Costs; and

  3. Plaintiff is warned that a failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.

Dated: November 07, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, alla.1617.25

2